```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

UNITED STATES OF AMERICA,

              - against -                         MEMORANDUM AND ORDER

MARCOS BARETT,                                    18 Cr. 690 (NRB)

                        Defendant.

------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Before the Court is defendant Marcos Barett's request for early termination of his supervised release, an application supported by Probation and opposed by the Government. ECF Nos. 34, 35. The application does not provide any specific reason that continuing on supervision for another eight months would cause Mr. Barett any undue hardship. Indeed, Mr. Barett's Probation Officer has informed the Court that his reporting requirements are far from onerous.

Mr. Barett has been treated with considerable leniency by both this Court and Judge Stein. Nonetheless, Mr. Barett committed felonies while on supervised release both on the sentence imposed by Judge Stein and while on supervised release on the sentence imposed by this Court. Specifically, while on supervised release for the Hobbs Act robbery for which he was sentenced by Judge Stein, Mr. Barett was indicted as a felon in possession, which became the case before the undersigned. While on supervised

1

release for that charge, Mr. Barett was arrested and convicted by New York State for possession of drugs with intent to sell. It is that crime that is the predicate for the supervised release now at issue. In these circumstances, while the Court commends Mr. Barett for his compliance with the current terms of his supervised release, early termination thereof is not warranted.

Accordingly, Mr. Barett's application for early termination of his supervised release is denied. The Clerk of the Court is respectfully instructed to terminate the motion pending at ECF No. 34.

Dated:   October 16, 2025
         New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE